

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     In re Nicole Maxim

Appellate case number:   01-13-00316-CV

Trial court case number: 2012-04106

Trial court:             310th District Court of Harris County

      Relators' motion to stay all trial court proceedings regarding intervenors' claims only is **DENIED**.

      It is so ORDERED.

Judge's signature:   /s/ Michael Massengale
                    Acting individually


Date:  April 29, 2013